UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKY KALEO MANUEL,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>SOUTHERN DESERT CORRECTIONAL CENTER,<br><br>　　　　　　Defendant | Case No.  2:23-cv-00606-RFB-DJA<br><br>**ORDER** |

**I.     DISCUSSION**

On April 26, 2023, the Court ordered pro se plaintiff Ricky Kaleo Manuel, an inmate in the custody of the Nevada Department of Corrections, to submit a complete, signed complaint under 42 U.S.C. § 1983 and either pay the full $402 filing fee for this matter or filed an application to proceed *in forma pauperis*. (ECF No. 3.)  Plaintiff filed an application to proceed *in forma pauperis*, but he never filed a complete, signed complaint. On November 6, 2023, Plaintiff filed an updated address. (ECF No. 5.)  In light of this filing, the Court grants Plaintiff a one-time extension to submit a complete, signed amended complaint to the Court on or before **February 9, 2024**.

The Court reminds Plaintiff that "[a] civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. Loc. R. LSR 2-1. The complaint must also be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

**II.     CONCLUSION**

It is therefore ordered that Plaintiff has **until February 9, 2024**, to file a complete, signed first amended complaint.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number, when Plaintiff can file a complete, signed complaint.

The Clerk of the Court is directed to send Plaintiff Ricky Kaleo Manuel the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint at ECF No. 1-1.

DATED THIS 10th day of January 2024.

_____
UNITED STATES MAGISTRATE JUDGE